**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| TERRY D. TILMON | CIVIL ACTION NO. 05-2170 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN WINN CORRECTIONAL CENTER | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Petitioner's petition for writ of habeas corpus is **DENIED** and his complaint is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 16th day of March, 2009.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE