UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TERRY D. TILMON | CIVIL ACTION NO. 5:05CV2170 |
| VERSUS | JUDGE HICKS |
| WARDEN, WINN CORR. CENTER | MAGISTRATE JUDGE HORNSBY |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Shreveport, Louisiana, this 7th Day of April, 2009.

S. Maurice Hicks, Jr.
UNITED STATES DISTRICT JUDGE